IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diva D. Ross, individually and on behalf of all others similarly situated and on behalf of the general public,<br>  Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>  Defendant. | Case No.: 2:23-cv-03214 |
| Trevis Bravener, individually and on behalf of all others similarly situated and on behalf of the general public,<br>  Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>  Defendant. | Case No.: 2:23-cv-03598 |

## **ORDER**

**AND NOW**, this 3th day of September 2024, upon consideration of the letter dated September 3, 2024, from counsel for Defendant QTC Commercial Services d/b/a IMX Medical Management Services Jay E. Kagan, Esquire, informing the court of the parties' continued resolution discussions and joint request to postpone the hearing on Defendant's Motion to Dismiss (Doc. No. 32), and the fact that the parties seek to submit an additional status report as to whether they reached a settlement in the instant matter, it is **ORDERED** as follows:

1

1. The parties shall update the Court on the status of the above-captioned case by filing a letter of record with the Court by **September 19, 2024**.

                        BY THE COURT:

                        /s/ Joel H. Slomsky_____
                        JOEL H. SLOMSKY, J.