IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diva D. Ross, individually and on behalf of all others similarly situated and on behalf of the general public,<br>　　　　Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>　　　　Defendant. | Case No.: 2:23-cv-03214 |
| Trevis Bravener, individually and on behalf of all others similarly situated and on behalf of the general public,<br>　　　　Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>　　　　Defendant. | Case No.: 2:23-cv-03598 |

**ORDER**

**AND NOW**, this 20th day of September 2024 upon consideration of the letter dated September 19, 2024, from counsel for Plaintiffs Diva Ross and Trevis Bravener, William B. Federman, Esquire, informing the Court of the parties' settlement in principle (Doc. No. 42), and the fact that the parties seek additional time to finalize settlement in this case, it is **ORDERED** that the parties shall update the Court on the status of the settlement by filing a letter of record with the Court by **October 25, 2024**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky_____
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.