IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diva D. Ross, individually and on behalf of all others similarly situated and on behalf of the general public,<br>　　　　Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>　　　　Defendant. | Case No.: 2:23-cv-03214 |
| Trevis Bravener, individually and on behalf of all others similarly situated and on behalf of the general public,<br>　　　　Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>　　　　Defendant. | Case No.: 2:23-cv-03598 |

**ORDER**

**AND NOW**, this 25th day of September 2024 upon consideration of the parties' settlement in principle (Doc. No. 42), it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 32) is **DENIED WITHOUT PREJUDICE** as **MOOT**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J

---

[1] On September 19, 2024, the Court received a letter from William B. Federman, Esquire, counsel for Plaintiffs Diva Ross and Trevis Bravener, (Doc. No. 42), notifying the Court that the parties have settled this case in principle. In view of the proposed settlement, the Court ordered the parties to provide an update on final settlement by October 25, 2024 (Doc. No. 43). Given the fact that settlement appears imminent, the Court will dismiss Defendant's pending Motion to Dismiss without prejudice as moot. Should the parties not reach a final settlement, Defendant may refile the Motion to Dismiss.