IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diva D. Ross, individually and on behalf of all others similarly situated and on behalf of the general public,<br>    Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>    Defendant. | Case No.: 2:23-cv-03214 |
| Trevis Bravener, individually and on behalf of all others similarly situated and on behalf of the general public,<br>    Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>    Defendant. | Case No.: 2:23-cv-03598 |

## **ORDER**

**AND NOW**, this 4th day of November 2024, upon consideration of the letter dated October 25, 2024, from counsel for Defendant QTC Commercial Services d/b/a IMX Medical Management Services, Jay E. Kagan, Esquire, informing the court of the parties' continued resolution discussions and joint request to set a deadline to file a Motion for Preliminary Approval of Settlement (Doc. No. 45), it is **ORDERED** as follows:

1. The parties shall update the Court on the status of the above-captioned case by filing a letter of record or a Motion for Approval of Settlement with the Court by **December 6, 2024**.

                                                          BY THE COURT:

                                                          /s/ Joel H. Slomsky\_\_\_\_
                                                          JOEL H. SLOMSKY, J.