IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diva D. Ross, individually and on behalf of all others similarly situated and on behalf of the general public,<br>   Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>   Defendant. | Case No.: 2:23-cv-03214 |
| Trevis Bravener, individually and on behalf of all others similarly situated and on behalf of the general public,<br>   Plaintiff,<br>v.<br>QTC Commercial Services, LLC, d/b/a IMX Medical Management Services,<br><br>   Defendant. | Case No.: 2:23-cv-03598 |

**ORDER**

**AND NOW**, this 16th day of December 2024, upon consideration of the letter dated December 6, 2024, from counsel for Defendant QTC Commercial Services d/b/a IMX Medical Management Services, Jay E. Kagan, Esquire, informing the Court that the parties request an extension of the deadline to file a Motion for Preliminary Approval of Settlement (Doc. No. 45), it is **ORDERED** that:

1. The parties shall update the Court on the status of the above-captioned case by filing a letter of record or a Motion for Approval of Settlement with the Court by **January 22, 2025**.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.