UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 2:23-cv-03124 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

    PLEASE TAKE NOTICE that Plaintiffs Diva D. Ross and Trevis Bravener (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing William B. Federman of Federman & Sherwood and David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper.

    Defendant does not object to the relief sought by Plaintiffs.

    This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release; the Declaration of William B.

1

Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; and all prior pleadings and proceedings properly before the Court.

Dated: April 4, 2025      Respectfully Submitted

            */s/ William B. Federman*
            William B. Federman*
            **Admitted Pro Hac Vice*
            **FEDERMAN & SHERWOOD**
            10205 N. Pennsylvania Ave.
            Oklahoma City, OK 73120
            Telephone: (405) 235-1560
            wbf@federmanlaw.com

            David K. Lietz*
            *Admitted Pro Hac Vice*
            **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
            5335 Wisconsin Avenue NW, Ste. 440
            Washington, DC 20015
            Telephone: (866) 252-0878
            dlietz@milberg.com

            *Counsel for Plaintiffs and Interim Lead*
            *Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions via ECF/Pacer on this April 4, 2025.

            */s/ William B. Federman*
            William B. Federman