06/06/2025

"UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA "

Case No. 2: 23 – cv – 03214 – JHS.

In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation.

Class Member # : 4905    Unique ID : 85 – 9zwf9c – 56.

" OBJECTION TO PROPOSED SETTLEMENT "

" Now comes class settlement class member, Franklyn Tarver, requesting The Court, to allow objection to be heard and Read Out Loud, On The Court Record at the, September 5th, 2025, Hearing, of the proposed settlement cap of, $ 670,000, if the Total settlement class members exceed, (5) Five Total class Members, and Objecting To defendant, " QTC", Commercial Services, LLC d/b/a IMX Medical Management Services, and Objecting To defendant, "QTC", Proposed Settlement Offer of, $670,000, total, and Objecting to this very small settlement offer, for All Settlement Class Members, and Objecting to the administrative costs being deducted, included in this minimum offer amount from the settlement class members proposal and Objecting to, "QTC's" proposed settlement, As Being UNFAIR, TO ALL SETTLEMENT CLASS MEMBERS.

I, SETTLEMENT CLASS MEMBER, Franklyn Tarver, is Objecting to, " QTC" Amount of, $ 2000, for Unreimbursed Extraordinary Losses that could not cover All Claim Amount of Each Separate Loss, due to Fact that my information was more likely than not attained through Criminal Internet Scammers was the Result of A , $ 3,000 Dollar Fraud Scam Loss, Plus Interest on my credit card that could cost me at Least, $ 5,000 With interest in monthly payments, and Not To Mention The Physical and Mental Emotion Injury and Harm and Damage, and the Criminal Internet Fraud Scammers, Could have my Personal Information on the, DARK

WED, Internet Worldwide, and Also the Hundreds of harassing phone calls I have had for four or five months, and having to block them.

I am Objecting to, "QTC" Proposed settlement offer of, $670,000, and Request That The Court, Reject this offer as being too greatly, An UNFAIR Proposed settled offer, for it's, Data Breach of Settlement Class Members!"

PRAYFULLY; THANK YOU; Franklyn Tarver   *FRANKLYN TARVER*

Franklyn Tarver; Settlement Class Member

220 – 2nd. AVE. North

Texas City, Texas 77590

Phone ; (409) 502 – 4784

To: " UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA "

Address : James A. Byrne U.S. COURTHOUSE

       601 - MARKET STREET

       PHILADELPHIA, PA. 19106

" STATEMENT "

" On, February 11, 2025, when trying to log into Facebook, website, A computer Virus or artificial intelligence page took over my computer before my computer could open the Facebook website, A automated Voice stated your computer has contracted a virus, call this number at once, or forever loss your account.

I called the number and a woman with Asian accent answered and stated my computer has a virus, and she was with the Capitol One, Security Team, and asked did I have credit cards starting with a (5), and I looked and said yes, and she told me I need to talk with the security team, and a man, that sounded middle eastern, said someone had charged, $ 3,000 worth of porn charges on my credit card, and I said No It Was Not Me, I Have Never made any Porn charges, and he told me the only way to dispute this charge, is to make a duplicate charge as if someone went into a gas station and tried to buy $ 50.00 worth of gas and the credit card did not work, and tried it later and it worked, then the credit card company could dispute the duplicate charge, and I need to make a duplicate charge of, $ 3,000, go to Dollar General Store, and buy (2), $ 1,500 gift cards and tell them it is for personal use, so I won't have to pay fees. Dollar General store said the gift cards had to be paid in cash, I Did Not Have, and told him, Still On The Phone, he told me to not hang up the phone and not answer call, until we finish, and he asked was it a Lowes store close buy, and I told him to call to see if it took credit cards to buy the gift cards and he said the Texas City store did not and asked was it another Lowes store and I said yes, and he called and said the League City store takes credit cards to buy Lowes Gift card, and I bought (2) as he told me and gave the pin numbers off back of cards to him and he said we will take care of the problem with credit card.

I called, Capital One Credit Card Company, when I got Home, about (30) minutes and asked Capitol One was That Them on the phone with me saying someone made, $ 3000 in porn charges on my phone, and Capital One said no, and I Requested Capital One To Cancel the, $ 3000, charge

3

**CapitalOne**
P.O. Box 30277
Salt Lake City, UT 84130-0277

February 15, 2025

FRANKLYN TARVER
220 2ND AVE N
TEXAS CITY, TX 77590

000001026
R111

Capital One account
Case #: 250211223489829
Creditor: Capital One N.A.

Dear FRANKLYN TARVER:

You recently told us you didn't make the following charges, so we opened an investigation to figure out what happened.

After researching your case, we found insufficient evidence of fraud because:

Information we discovered leads us to believe you or another account user benefitted from the transactions.

Since there's insufficient evidence of fraud, you're responsible for the charges listed below. If temporary credits were provided for these transactions, an offsetting adjustment will appear on your upcoming statement or the following statement as "Purchase Adjustments."

We appreciate your business and look forward to serving you in the future. Please don't hesitate to call us at 1-800-215-1921, if you have any questions about these charges or our fraud investigation.

Sincerely,

Capital One | Fraud Operations
Phone: 1-800-215-1921
Available Monday through Friday from 8 a.m. to 8 p.m. ET

© 2025 Capital One. Capital One is a federally registered service mark.

FR0020/67b032189e7b317442da1602/P:Y 1

**CapitalOne**  P.O. Box 30279
Salt Lake City, UT 84130-0279

February 27, 2025

FRANKLYN TARVER
220 2ND AVE N
TEXAS CITY, TX 77590

000019204
R111

Case Number: 250227202113922
Creditor: Capital One N.A.

**We're waiting to hear back from the merchant about this dispute.**

Dear FRANKLYN TARVER,

We're following up on this dispute case created for your Capital One account:

    Merchant: LOWES #02821*
    Amount: $3,000.00
    Date: 02/11/2025

Here's what you need to know:

- We've temporarily credited your account for $3,000.00. Your account has also been temporarily credited for any related fees and interest charges.
- If needed, we're sending updated information about this transaction to the Credit Reporting Agencies (CRAs). It may take the CRAs up to 90 days to update their records.
- We have reached out to the merchant about your case and are waiting for them to respond.
- If there's no response, we'll resolve the dispute in your favor and consider the case to be closed. If the merchant responds, we may ask you for more information to resolve the case. While we wait for your response, charges will be rebilled to your account.
- Please keep all documentation related to your case for at least 90 days.

Thanks for being our customer.

Sincerely,

Capital One | Transaction Support Center

© 2025 Capital One. Capital One is a federally registered service mark.

"EXHIBIT LIST"

UNIQUE ID: 85-9ZWf9C-56
PIN: 4905

1. CLAIM FORM LOGIN - Pgs. 2 (2/2).

2. CLAIM FORM: BY: 8/21/2025 ✓  [QTC]
   I. CLASS MEMBER NAME AND CONTACT ✓
   CLAIM FORM: EXTRAORDINARY
   UNREIMBURSED LOSSES FROM DATA INCIDENT ✓
   IX. CLAIM FORM: SIGN AND DATE ✓

3. CAPITAL ONE LETTER INVESTIGATION: 02/15/2025 ✓
4. CAPITAL ONE LETTER: DISPUTE $3,000: 02/27/2025 ✓
5. LOWES SALES INVOICE: 2-11-2025, TOTAL $3,000 ✓
6. CARD INFORMATION PAGE 2 OF 8. ✓

7. CAPITAL ONE STATEMENT FEB. 22/2025 ✓
8. CAPITAL ONE STATEMENT: MAY 25, 2025 ✓
9. "STATEMENT - PAGES 3, & 4. ✓
10. "OBJECTION - PAGES 1, & 2. ✓
11. CAPITAL ONE LETTER: 4/14/2025 ✓
REAPPLY $3,000.        FRANKLYN TARVER

6/3/25, 7:06 PM  Claim Form LoginQTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation

Case 2:23-cv-03214-JHS    Document 57    Filed 06/16/25    Page 7 of 16



# Claim Form Login

Welcome to the QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation Online Claim Form submission page

If you previously received notice from QTC Commercial Services, LLC that your personal information may have been affected by a data incident that occurred between June 2022 and October 2022 (the "Data Incident"), and you would like to receive a benefit from the Settlement, then you must complete a claim form.

Settlement Class Members may be eligible to receive a cash payment of $80.00 (an "Alternative Cash Payment"), **OR** (1) compensation for time spent (at a maximum of $100.00; "Time Spent"), and/or (2) reimbursement for documented unreimbursed losses (maximum payment of $1,750.00; "Ordinary Unreimbursed Losses") and/or (3) documented unreimbursed extraordinary losses (maximum payment of $2,000.00; "Extraordinary Unreimbursed Losses") from the proposed Settlement.

**Please note that if you choose to receive compensation for Time Spent and/or reimbursement for documented losses, you are not eligible to receive the $80.00 Alternative Cash Payment.**

Settlement Class Members may also be eligible to receive a payment of $100.00 if you were a resident of California at the time of the Data Incident.

Regardless of whether you submit a claim for payment of any amount, you may be eligible to receive two (2) additional years of credit monitoring and fraud protection with Equifax Credit Watch Gold.

**To receive a payment and/or credit monitoring services, you must complete a Claim Form. Claim Forms must be submitted online or postmarked no later than August 21, 2025.**

To start your online claim form, you must login with your Unique ID and PIN. If you received a notice of this Settlement, your Unique ID is on the top of the postcard notice. If you misplaced your notice, please contact the Settlement Administrator at info@QTCDataSettlement.com. Please request your Unique ID & PIN by providing the Class Member's full name and mailing address.

6/3/25, 7:06 PM                    Claim Form Login - QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation

Case 2:23-cv-03214-JHS    Document 57    Filed 06/16/25    Page 8 of 16

Unique ID
85-9zwf9c-56

PIN  4905

**LOGIN**

You may also download a Claim Form here, and submit it, along with your supporting documentation by U.S. mail to:

QTC Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

**The deadline to submit a Claim Form is August 21, 2025.**

Visit this website often to get the most up-to-date information.
Questions? Contact the Settlement Administrator at info@QTCDataSettlement.com or (833) 296-0962.

© 2025 - Simpluris All rights reserved

simpluris    Privacy Policy

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation*
*Case No. 2:23-cv-03214-JHS*

**Your claim must be postmarked by: 08/21/2025**

**QTC**

# Claim Form

This claim form should be filled out online or submitted by mail if you previously received notice from QTC Commercial Services, LLC that your personal information may have been affected by a data incident that occurred between June 2022 and October 2022 (the "Data Incident"), and you would like to receive a benefit from the Settlement.

You may be eligible to receive either (1) a cash payment of $80.00 (an "Alternative Cash Payment"); or (2) compensation for time spent (at a maximum of $100.00; "Time Spent") plus reimbursement for documented unreimbursed losses (maximum payment of $1,750.00; "Ordinary Unreimbursed Losses") or documented unreimbursed extraordinary losses (maximum payment of $2,000.00; "Extraordinary Unreimbursed Losses") from the proposed Settlement. Please note that if you choose to receive compensation for Time Spent or reimbursement for documented losses, you are not eligible to receive the $80.00 Alternative Cash Payment. You may also be eligible to receive a payment of $100.00 if you were resident of California at the time of the Data Incident. Regardless of whether you submit a claim for payment of any amount, you may be eligible to receive two (2) additional years of credit monitoring and fraud protection with Equifax Credit Watch Gold. To receive a payment or credit monitoring services, you must complete and submit this "Claim Form."

Instructions: Please complete this Claim Form in its entirety and attach any required documentation. Submit your Claim Form online at **www.QTCDataSettlement.com** or by mailing it to the Settlement Administrator at the address below. Claim forms must be submitted online or postmarked by **August 21st, 2025.**

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. Any payments provided under the Settlement Agreement will be sent by check to the indicated mailing address.

First Name: FRANKLYN
Last Name: TARVER
Street Address: 220 - 2ND. AVE. NORTH
City: TEXAS CITY
State: TEXAS
Zip Code: 77590
Phone Number: 409 502 4784
Email Address: franklyn-tarver@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation*
Case No. 2:23-cv-03214-JHS

**Your claim must be postmarked by: 08/21/2025**

QTC

# Claim Form

**Extraordinary Unreimbursed Losses Resulting from the Data Incident**

Settlement Class Members who suffered extraordinary unreimbursed losses that can be shown to more likely than not have been caused by the Data Incident, and who timely submit a valid claim supported by sufficient documentation, will be eligible for payment of up to two thousand dollars ($2,000.00), but not more than the documented loss proven. For each claim of an Extraordinary Unreimbursed Loss, the Settlement Class Member must show the following, supported by documentation:

- The loss is an actual and unreimbursed monetary loss, supported by third-party documentation;
- The loss resulted from actual identity theft, fraud, or similar criminal victimization;
- The loss was more likely than not caused by the Data Incident;
- The loss is not already covered by one or more of the other/normal reimbursement categories (i.e., Ordinary Unreimbursed Losses or Time Spent); and
- You made reasonable efforts to avoid, mitigate, or seek reimbursement for the loss, including, but not limited to, exhaustion of all available credit monitoring insurance and identity theft insurance.

[✓] I incurred Extraordinary Unreimbursed Losses as a result of the Data Incident.

Total amount for this category: $ _3,000 PLUS FEES AND INTEREST MONTHLY CREDIT CARD_

[✓] Check this box to confirm that you have not been reimbursed for these monetary losses and the losses are not already covered by one or more of the normal reimbursement categories.

[✓] Check this box to confirm that you have made efforts to avoid, or you have sought reimbursement for, the losses, including but not limited to, exhaustion of all available credit monitoring insurance and identity theft insurance.

All Extraordinary Unreimbursed Losses must be attributable to the Data Incident.

Describe your Extraordinary Unreimbursed Losses below, including the date each loss was incurred, the amount, and its relation to the Data Incident. _ON FEBRUARY 16, 2025, WHEN I TRIED TO LOG ON FACEBOOK WEBSITE A AUTOMATED VIRUS CAME ON MY COMPUTER SCREEN SAYING YOUR COMPUTER HAS A VIRUS, CALL THIS NUMBER AT ONCE OR FOREVER LOSE YOUR ACCOUNT, AND I CALLED THE NUMBER, AND INTERNET CRIMINALS SAID THEY WERE CAPITAL ONE SECURITY TEAM, SOME CHARGED $3000 PORN CHARGES ON MY CREDIT CARD, AND MAKE A DUPLICATE CHARGE TO DISPUTE SAME AMOUNT AND ROBBED MY CREDIT CARD ACCOUNT, CYBER CRIME._

**Supporting documentation must be provided.** Enclose or upload reasonable documentary proof of the Extraordinary Unreimbursed Losses you believe are attributable to the Data Incident. You may mark out any transactions that are not relevant to your claim before sending in the documentation.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation*
*Case No. 2:23-cv-03214-JHS*

Your claim must be postmarked by: 08/21/2025

QTC

# Claim Form

## IX. SIGN AND DATE YOUR CLAIM FORM

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied in/with this Claim Form is true and correct to the best of my knowledge.

I understand that I may be asked to provide supplemental information by the Settlement Administrator before my claim will be considered complete and valid.

*FRANKlyN TARVER*
Your signature

*FRANKlyN TARVER*
Your name

Date: 06   06   2025
      MM   DD   YYYY

Once you've completed all applicable sections, please submit this Claim Form with your supporting documentation on **www.QTCDataSettlement.com** by **August 21st, 2025** or print and mail this Claim Form and the required supporting documentation to the address provided below, postmarked by **August 21st, 2025**

**QTC Commercial Services Data Breach Litigation**
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

This was a card present transaction processed as a CHIP card transaction. Attached is the sales receipt. Lowe's gift card was purchased by the customer from store at time of ⸺ the receipt that contains the details of gift card purchased by the customer. ⸺ redeemed cannot be refunded or exchanged. Request you to reverse this cha⸺

Token : ************3182

Customer Name :

Date : 2025-02-11 15:23:00

```
                        LOWE'S
                    LEAGUE CITY , TX

                        · SALE ·
        SALES#: FSTLAN02 5168266  TRANS#: 90107906 02-11-25

            59983 GIFT CARD                   1,000.00
            59983 GIFT CARD                   2,000.00
                SUBTOTAL:         3,000.00
                INVOICE 97614  TOTAL:         3,000.00
                                 M/C:         3,000.00
            KEYED MERCH/GIFT CARD  9523   AUTHCODE 100000
                        6006491702712719523
            BEGIN BAL       TRANSACTION AMT       ENDING BAL
              0.00              1,000.00            1,000.00

            KEYED MERCH/GIFT CARD  8194   AUTHCODE 200000
                        6006491702712718194
            BEGIN BAL       TRANSACTION AMT       ENDING BAL
              0.00              2,000.00            2,000.00

                M/C  ************3182           00554P
            CHIP REFID:282104614207  02/11/25 15:23:51
                APL: CAPITAL ONE    TVR: 0000008000
                            TSI: E800
            2821   04   02/11/25 15:23:56    REF#: 614


        THE ISSUER OF THE CARD IDENTIFIED ON THIS ITEM IS AUTHORIZED TO PAY THE
            AMOUNT SHOWN AS TOTAL UPON PROPER PRESENTATION. I PROMISE TO PAY
             SUCH TOTAL (TOGETHER WITH ANY OTHER CHARGE DUE THEREON) SUBJECT TO
               AND IN ACCORDANCE WITH THE AGREEMENT GOVERNING THE USE OF SUCH
                                         CARD.

               Signature not on database. Paper receipt must be obtained.

                              CUSTOMER SIGNATURE
```

Gift Card — 6006491702712719523 — 9476

Gift Card — 6006491702712718194 — 7278

750176405270211_270212.pdf



Page 1 of 3
**Capital One account I World Elite Mastercard ending in 1997**
Jan 26, 2025 - Feb 22, 2025 I 28 days in Billing Cycle

## Payment Information

Payment Due Date
**Mar 19, 2025**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$5,204.04**

Minimum Payment Due
**$95.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 35 Years | $20,930 |
| $192 | 3 Years | $6,908 |

Estimated savings if balance is paid off in about 3 years: $14,022

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,240.71 |
| Payments | - $80.00 |
| Other Credits | - $3,000.00 |
| Transactions | + $6,000.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $43.33 |
| **New Balance** | **= $5,204.04** |
| Credit Limit | $7,500.00 |
| Available Credit (as of Feb 22, 2025) | $2,295.96 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $365.00 |

Your annual fee of $59 will be charged on your 03/2025 statement.

### Rewards Summary — Rewards as of: 02/22/2025

**Rewards Balance**
**24,366**

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 18,366 | 6,000 | 0 |

## Account Notifications
Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com    Customer Service: 800-227-4825    See reverse for Important Information



CapitalOne

P.O. Box 30279
Salt Lake City, UT 84130-0279

April 14, 2025

000007330
L102

FRANKLYN TARVER
220 2ND AVE N
TEXAS CITY, TX 77590

Case Number: 2502272021139922

Dear FRANKLYN TARVER,

We're following up on this dispute case created for your account:

Merchant: LOWES #02821*
Amount: $3,000.00
Date: 02/11/2025

To continue your dispute case, you can send us additional information by 05/05/2025.

Here's what you need to know:

- The merchant provided the following information to support the transaction: Confirmation showing no cancellation per policy was received
- Your account had been temporarily credited for $3,000.00.
- Now, we've rebilled this amount to your account. You'll see this on your statement within the next 2 billing cycles - or sooner if you view your account online.
- We consider the case to be closed.
- If you'd like to continue this dispute, you can respond to the merchant by 05/05/2025.
- Your response should be a signed and dated letter including your case number, the merchant's name, the date of the transaction, the disputed amount, and any of the supporting documentation listed below.

To support your dispute case, send us any of the following supporting documentation:

- A copy of your sales invoice or purchase agreement with the date and proof of cancellation/return.
- The cancellation/return policy of the merchant, if available, and whether you were advised of the policy at the time of the sale.
- A description of how you tried to resolve the dispute with the merchant.



Page 1 of 3
Capital One account I World Elite Mastercard ending in 1997
Apr 25, 2025 - May 25, 2025  I  31 days in Billing Cycle

## Payment Information

Payment Due Date
**Jun 19, 2025**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$5,730.27**

Minimum Payment Due
**$158.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 35 Years | $22,966 |
| $215 | 3 Years | $7,746 |

Estimated savings if balance is paid off in about 3 years: $15,220

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $5,789.34 |
| Payments | - $160.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $100.93 |
| **New Balance** | **= $5,730.27** |
| Credit Limit | $7,500.00 |
| Available Credit (as of May 25, 2025) | $1,769.73 |
| Cash Advance Credit Limit | $2,500.00 |
| Available Credit for Cash Advances | $0.00 |

### Rewards Summary
Rewards as of: 05/24/2025

**Rewards Balance**
**24,366**

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| 24,366 | 0 | 0 |

*[handwritten: 6-19-25 money order $175⁰⁰]*

*[handwritten checkmark]*

## Account Notifications

ⓘ   Please visit capitalone.com for your most current Rewards Program Terms and Conditions. You can also find changes to your Rewards by logging into your account and navigating to the Rewards FAQ section.

Pay or manage your account at capitalone.com        Customer Service: 800-227-4825        See reverse for Important Information

FROM: F. TARVER
220 - 2ND AVE. NORTH
TEXAS CITY, TEXAS 77590

Retail
U.S. POSTAGE PAID
FCM LG ENV
TEXAS CITY, TX 77590
JUN 06, 2025
19106
$7.16
RDC 99
S2324D502205-15

**CERTIFIED MAIL**
9589 0710 5270 0434 3943 76

TO: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. Byrne U.S. COURTHOUSE
601 - MARKET STREET
PHILADELPHIA, PA. 19106