UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 2:23-cv-03124 |

**PLAINTIFFS' MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Diva D. Ross and Trevis Bravener (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(H) for an Order: (i) approving Settlement Class Counsel's attorneys' fees in the amount of $223,333.00; (ii) granting Settlement Class Counsel's costs and expenses in the amount of $1,619.30; (iii) awarding the named Plaintiffs a Service Award of $2,500.00 each; and (viii) granting such other relief and further relief as the Court deems just and proper.

Defendant does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs and Service Awards, and its exhibits thereto, including the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs and Service Awards; and all prior pleadings and proceedings properly before the Court.

Dated: July 8, 2025

Respectfully Submitted

*/s/ William B. Federman*
William B. Federman*
*Admitted Pro Hac Vice*
**FEDERMAN & SHERWOOD**

1

        10205 N. Pennsylvania Ave.
        Oklahoma City, OK 73120
        Telephone: (405) 235-1560
        wbf@federmanlaw.com

        *Counsel for Plaintiffs and Interim Co-Lead*
        *Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions via ECF/Pacer on this July 8, 2025.

        */s/ William B. Federman*
        William B. Federman