**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP Data Breach Litigation<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 2:23-cv-03214 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW Plaintiffs, through their undersigned counsel, and request final approval for class action settlement. In support of this request, Plaintiffs state and present the following:

The relief sought in this Motion is supported by (1) this Unopposed Motion; (2) Plaintiffs' Memorandum in Support ("Memorandum"); (3) Declaration of Christopher Leung of Settlement Administrator Simpluris, Inc. Regarding Notice and Administration; (4) the Settlement Agreement (Doc.51-2); (5) the Court's Order Granting Preliminary Approval of Class Action Settlement (Doc. 53); (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

Date:  August 22, 2025                                         Respectfully Submitted,

/s/ David K. Lietz
David K. Lietz
*Admitted Pro Hac Vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Ste. 440
Washington, DC 20015
Telephone: (866)-252-0878
dlietz@milberg.com

William B. Federman
*Admitted Pro Hac Vice*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com


*Counsel for Plaintiffs and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

                                                                        */s/ David K. Lietz*
                                                                       David K. Lietz